AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Angell, M. Faith | United States District Court for the Eastern District of PA | 4/18/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

The Robert N.C. Nix, Sr. Federal Building
Suite 211, 900 Market Street
Philadelphia, PA 19107

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | Bryn Mawr School of Social Work and Social Research |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/14/2015 | Judicial Retirees and Survivors Admn. Annuity - Salary (See Notation in Part VIII) | $306,018.33 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 4/18/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 4/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lombard Swim Club | | None | J | T | | | | | |
| 2. SIMPLE SIMON INVESTMENT CLUB (SSIC) - HEADER | | | | | | | | | |
| 3. - Ansys Inc. | A | Dividend | J | T | | | | | |
| 4. - Avery Dennison Corp. | A | Dividend | J | T | | | | | |
| 5. - Boeing Corp | A | Dividend | J | T | | | | | |
| 6. - Cerner Corp | A | Dividend | J | T | | | | | |
| 7. - Cigna Corp | A | Dividend | J | T | | | | | |
| 8. - Cocoa Cola Co Com | A | Dividend | J | T | | | | | |
| 9. - CVS Corporation | A | Dividend | J | T | | | | | |
| 10. - Dover Corp. | | | | | Sold | 11/02/15 | J | | SSIC |
| 11. - EMC Corp. | A | Dividend | J | T | | | | | |
| 12. - First Defiance Financial Co | A | Dividend | J | T | | | | | |
| 13. - General Electric | A | Dividend | J | T | | | | | |
| 14. - General Mills | A | Dividend | J | T | | | | | |
| 15. - Google | | None | J | T | | | | | |
| 16. - Kimberly-Clark Corp. Com | A | Dividend | J | T | | | | | |
| 17. - Kraft Foods Inc. | | | | | Sold | 04/13/15 | J | | SSIC |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | G =$100,001 - $1,000,000 K =$15,001 - $50,000 O =$500,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | H2 =More than $5,000,000 M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 4/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Nautilus | A | Dividend | J | T | | | | | |
| 19. - PNC Financial Serivces Group | A | Dividend | J | T | | | | | |
| 20. - Proctor Gmbl | | | | | Sold | 11/02/15 | J | | SSIC |
| 21. - Roche Holdings | A | Dividend | J | T | | | | | |
| 22. - Teva Pharmaceuticals Inds Ltd. (ADR) | A | Dividend | J | T | | | | | |
| 23. - Akaska Air Group Inc. | A | Dividend | J | T | | | | | |
| 24. - Alcoa Inc. | | | | | Sold | 11/15/15 | J | | SSIC |
| 25. - American Wtr Wks Co Inc. | A | Dividend | J | T | | | | | |
| 26. - Caterpillar Inc. | | | | | Sold | 11/02/15 | J | | SSIC |
| 27. - Halyard Health Inc Com | | | | | Sold | 04/13/15 | J | | SSIC |
| 28. - Helmerich & Payne Inc. | | | | | Sold | 04/13/15 | J | | SSIC |
| 29. - Micron Technology Inc. | | | | | Sold | 11/02/15 | J | | SSIC |
| 30. - PPL Corp. | A | Dividend | J | T | | | | | |
| 31. - Sandisk Corporation | A | Dividend | J | T | | | | | |
| 32. - Gilead Sciences, Inc. | A | Dividend | J | T | | | | | |
| 33. Talen Energy Corp. | | None | J | T | Buy | 06/25/15 | J | | SSIC |
| 34. PNC INVESTMENTS - 401K - HEADER | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - SPDR Barclays Capital Intl ETF | A | Dividend | J | T | | | | | |
| 36. - Metropolitan West FDS | A | Dividend | J | T | | | | | |
| 37. - PIMCO FDS | A | Dividend | J | T | | | | | |
| 38. - Mainstay Epoch | A | Dividend | J | T | | | | | |
| 39. - Artisan Mid Cap Value Fund | A | Dividend | J | T | | | | | |
| 40. - Cohen & Steers Realty Shaires | A | Dividend | J | T | | | | | |
| 41. - Fidelity Advisor Small Cap Fun | A | Dividend | J | T | | | | | |
| 42. - Prudential Jennison Mid Cap Growth CL Z | A | Dividend | J | T | | | | | |
| 43. - Vanguard World FD | A | Dividend | J | T | | | | | |
| 44. - Federated Prime Cash Obligations | A | Dividend | J | T | | | | | |
| 45. - Vanguard Index | A | Dividend | J | T | | | | | |
| 46. - Harbor International Institutional Fund | A | Dividend | J | T | | | | | |
| 47. - Harding Loevner Emerg Mrkts Port Adv | A | Dividend | J | T | | | | | |
| 48. - T Rowe Price Value Fund Advisor CL | A | Dividend | J | T | | | | | |
| 49. - Metwest Uncontrained Bond M | A | Dividend | | | Sold | 03/08/15 | J | | PNC Investments |
| 50. T Rowe Price Instl Floating Rate | A | Dividend | J | T | | | | | |
| 51. Western Asset Total Rtn | | None | J | T | Buy | 11/02/15 | J | | PNC Investments |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Angell, M. Faith | 4/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

SECTION III NON-INESTMENT INCOME - PART A:

This amount includes the Back Pay amount. Total Federal Income Tax withheld was $94,328.60.

SECTION VII INVESTMENTS:

Line 1 Lombard Swim Club is listed spearately because it is neither SSIC or PNC Investments-401K.

Line 2 is the Simple Simon Investment Club (SSIC) header.

Lines 3-33 are held by SSIC. The total value is $83,532.01. My percentage is 14.51%.

Line 34 is the PNC Investments - 401K header.

Lines 35-51 are held by PNC Investments - 401K.

Line 36 - Part C - code correction.

Line 38 - name correction.

Line 44 - erroneously reported as sold on 12/18/2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ M. Faith Angell**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544